IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHELLE TACKETT,                        Case No. 6:12-cv-00959-MA

          Plaintiff,                 ORDER FOR EAJA FEES

v.

CAROLYN COLVIN, Acting
Commissioner Social Security
Administration,

          Defendant.

MARSH, Judge

    On July 23, 2013, plaintiff filed an Application for Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of $9,684.26. (#17.) On August 6, 2013, defendant filed its response indicating that it has no objection to plaintiff's requested fee amount. (#20.)

    Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $9,684.26 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, subject to verification that

1 - ORDER FOR EAJA FEES

plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If plaintiff has no such debt, then the check shall be made made out to plaintiff's attorney, Robyn M. Rebers, and mailed to plaintiff's attorney at: P.O. Box 3530, Wilsonville, OR 97070. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 9 day of AUGUST, 2013.

_____
Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES